AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>VIN JTHFF2C2XB2517149<br>2011 LEXUS IS250C<br>NEW MEXICO LICENSE PLATE 188RFK<br>more fully described in Attachment A, attached hereto. | )<br>)<br>)  Case No.  15-sw-05519-KMT<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   State and   District of   Colorado   *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   *July 28, 2015*   *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  *Kathleen M. Tafoya*                   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30).*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  *Jul 14, 2015 9:21 am*        _____
*Judge's signature*

City and state:     Denver, CO         **Kathleen M. Tafoya**
**United States Magistrate Judge**
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

A dark grey/black in color, 2011 Lexus IS250C, bearing New Mexico license plate 188RFK, Vehicle Identification Number (VIN) JTHFF2C2XB2517149, registered to Sally Abella, 109 Mesa Vista, Corrales, New Mexico, 87048, and is currently located at Denver International Airport impound lot at 6975 N. Valley Head Street, Denver Colorado 80249 (hereinafter referred to as "Subject Vehicle").

(The vehicle will be transported for the purposes of processing to FBI Denver Division, ERT Bay, 8000 E. 36th Avenue, Denver, Colorado, upon execution of the search warrant).

## ATTACHMENT B

## **DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED**

The following items, located within and on the exterior of the Subject Vehicle, as described in Attachment A, that constitute evidence of the commission of, contraband, the fruits of crime, or instrumentalities of violations of Title 18, United States Code, Sections 1201(a)(1):

1. Any and all photographs.

2. Weapons, to include but not limited to, handguns, revolver or semi-automatic.

3. Any and all biological evidence, and items which may contain biological evidence to include, but not limited to DNA, hair, blood, semen and fibers, and fingerprints.

4. Any and all female clothing and personal items associated with Doe and male clothing and personal items associated with Medina.

5. Any birth control/contraceptive products.

6. Any and all stuffed animals.

7. Any and all new clothing, as well as receipts, records, documentation, bags and tags pertaining to the purchase of clothing.

8. Any and all information, records, documents, invoices and materials, in any format or medium, documenting travel, the making of travel plans, to include planning of routes and scheduling of stops along the route (to include the purchase of food).

9. Any and all information, notes, documents, records, photographs or correspondence, in any format or medium, concerning communications about child abduction.

10. Any and all information, records, documents, invoices and materials, in any format or medium, that concern e-mail accounts, online storage, or other remote computer storage pertaining to violations of 18 U.S.C. § 1201(a)(1).

11. Any and all information, documents, records, or correspondence, in any format or medium, pertaining to occupancy or ownership of the Subject Vehicle and use or ownership of items found inside and on the exterior of the Subject Vehicle.

12. Credit cards, credit card information, checking account documents, bills and payment records pertaining to, or used to facilitate violations of 18 U.S.C. §§ 1201(a)(1).

13. Computer(s), including smart cell phones, computer hardware, computer software, computer related documentation, computer passwords and data security devices, digital storage media, any physical object upon which computer data can be recorded, Go-Pro device, gaming devices, digital communications devices, cellular telephones, cameras, videotapes, video recording devices, video recording players, and video display monitors, digital input and output devices such as keyboards, mouse(s), scanners, printers, monitors, electronic media and network equipment, modems, routers, connection and power cords, and external or connected devices used for accessing computer storage media that was used to plan or facilitate the commission of 18 U.S.C. § 1201(a)(1).

DEFINITIONS:

14. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).